FILED
FEB 0 9 2010
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO: 5:10-M-1110

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) |
| | ) CRIMINAL INFORMATION |
| GRAHAM, ANGELA M. | ) |
| | ) |

Defendant:

The United States Attorney charges:

COUNT ONE

THAT, on or about November 20, 2009, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, GRAHAM, ANGELA M., did operate a motor vehicle upon a street, highway, or public vehicular area while under the influence of an impairing substance and/or after having consumed sufficient alcohol that he had, at a relevant time after driving, a blood alcohol concentration of 0.08% or more; in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute 20-138.1.

COUNT TWO

THAT, on or about November 20, 2009, on the Fort Bragg Military Reservation, an area within the special maritime and territorial

jurisdiction of the United States and within the Eastern District of North Carolina, GRAHAM, ANGELA M., did operate a motor vehicle upon a street, highway, or public vehicular area and did fail to maintain the limits of his lane, in violation of Title 18, United State Code, Section 13, assimilating North Carolina General Statute 20-146(d)(1).

BY:

GEORGE E.B. HOLDING
UNITED STATES ATTORNEY

_____
CHARLES P. BRONOWSKI
Special Assistant United States Attorney
XVIII Airborne Corps & Ft Bragg
Fort Bragg, NC  28307-5000
(910) 396-1221/1222