THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-M-1110

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | NOTICE OF APPEARANCE |
| | ) | (Local Criminal Rule 44.1, EDNC) |
| ANGELA GRAHAM, | ) | |
| Defendant | ) | |

The undersigned hereby notifies the Honorable Clerk of the United States District Court for the Eastern District of North Carolina that the undersigned has been retained as counsel for the Defendant and is making a general appearance on behalf of Angela Graham in the above-referenced case. The undersigned's mailing address and telephone number are as follows:

J. Clark Reaves
Reaves & Reaves, PLLC
Post Office Box 53187
Fayetteville, NC 28305
(910) 485-4938

This the 26th day of February, 2010.

/s/ J. Clark Reaves
Attorney for Defendant
Reaves & Reaves, PLLC
916 Arsenal Avenue
Post Office Box 53187
Fayetteville, NC 28305
clark@reaveslaw.net
Telephone: (910) 485-4938
Fax: (910) 485-7833
State Bar No.: 19248

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this Notice of Appearance upon the United States by electronically filing the foregoing with the Clerk of Court on February 26, 2010, using the CM/ECF system, which sends notification of such filing to:

>Charles Bronowski
>Special Assistant U.S. Attorney
>Captain U.S. Army
>Federal Litigation
>Office of the Staff Judge Advocate
>2175 Reilly Road Stop A
>Fort Bragg, NC 28310

This the 26th day of February, 2010.

>/s/ J. Clark Reaves
>Attorney for Defendant
>Reaves & Reaves, PLLC
>916 Arsenal Avenue
>Post Office Box 53187
>Fayetteville, NC 28305
>clark@reaveslaw.net
>Telephone: (910) 485-4938
>Fax: (910) 485-7833
>State Bar No.: 19248