
FILED IN OPEN COURT
MAR 0 9 2010
Dennis P. Iavarone, Clerk
US District Court
Eastern District of NC

CASE NO: 5:10-M-1110

| UNITED STATES OF AMERICA | } | |
|---|---|---|
| | } | DEFENDANT'S |
| vs. | } | MOTION TO CONTINUE |
| Angela Graham | } | (18 USC 3161(h)(8)) |
| | } | |

Pursuant to 18 USC 3161 (h)(8) and to Local Rule 4.11, the Defendant respectfully requests that the above-captioned case be continued from the present docket. In support of this motion, the Defendant sets forth the following:

1. Defendant needs more time to retain counsel and prepare for court hearing.

2. This is the 1st continuance filed by the Defendant in the present case. The Special Assistant United States Attorney ___ does _X_ does not object to this motion.

3. I understand that if this motion is granted, I must next appear in court at 8:30 a.m. on April 7, 2010 court docket, and that failure to appear may result in the issuance of an arrest warrant.

Submitted on: 3-9-10

J. Clark Reaves
Attorney for Defendant

INTIAL DOCKET: 3-9-10

The court finds that the ends of justice served by the granting of such continuance outweigh the best interest of the public in a speedy trial for the following reason(s):
[X] Failure to do so would likely result in a miscarriage of justice.
[ ] The unusual nature or complexity of the case makes it unreasonable to expect the Defendant to adequately prepare for pretrial proceedings or trial within the time limits set forth in 18 USC 3161.
[ ] Failure to do so would deny the Defendant reasonable time to obtain counsel;
[ ] Failure to do so would unreasonably deny the Defendant continuity of counsel;
[ ] Failure to do so would deny the Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Accordingly, the continuance is ALLOWED. The intervening time from 3/9 to 4/7 is excluded from speedy trial computation under 18 USC 3161.

Date _____   UNITED STATES MAGISTRATE JUDGE