UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-MJ-01110-JG-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | SUBSTITUTION OF COUNSEL |
| | ) | |
| ANGELA M. GRAHAM | ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, and gives notice to this Honorable Court of the undersigned Special Assistant United States Attorney as counsel for the Government in the above-referenced action.

Furthermore, by filing this Notice of appearance, the undersigned certifies that copies of said Notice have been served upon:

ATTORNEY FOR DEFENDANT

Respectfully submitted, this 1st day of June, 2010.

        GEORGE E.B HOLDING
        United States Attorney

        /s/ Alexander R. Schneider
        ALEXANDER R. SCHNEIDER
        Special Assistant U.S. Attorney
        OSJA, XVIII Airborne Corps
        2175 Reilly Road, Stop A
        Fort Bragg, NC 28310-5000
        E-mail: alexander.schneider1@us.army.mil
        Telephone: 910-396-1222
        Fax: 910-396-8153
        MI Bar No. P71467